IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COACHTRANS, INC., | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 16-88 |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

### ORDER

**AND NOW**, this 19th day of August, 2016, upon consideration of Defendant, Uber Technologies, Inc.'s ("Defendant") "Motion to Dismiss Plaintiff's Complaint" (Doc. No. 8), the Response in Opposition by Plaintiff, Coachtrans, Inc. ("Plaintiff"), Plaintiff's Supplemental Prayer for Relief, and Defendant's Reply in Further Support of its Motion to Dismiss, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Count II is **DISMISSED WITH PREJUDICE**.
2. Counts I and III are **DISMISSED WITHOUT PREJUDICE**.
3. Plaintiff's Supplemental Prayer for Relief is **DENIED**.
4. Plaintiff is **GRANTED** leave to file an amended Complaint consistent with our Memorandum Opinion within fourteen (14) days of this Order.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE